Kenneth Alan Dasher, Albany, GA, for Plaintiff–Appellee.

Before TJOFLAT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Christopher Williams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher Anthony GREGG,
Defendant–Appellant.

No. 06–16052
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 16, 2007.

Christopher Anthony Gregg, Forrest City, AR, pro se.

Barbara E. Nelan, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Laurence H. Margolis, appointed counsel for Christopher Anthony Gregg, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Gregg's convictions and sentences are **AFFIRMED**.